UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KING OCEAN SERVICES LTD.,
*Plaintiff*,

vs.                                                              CASE NO.:

FINLAY'S IMPORT-EXPORT, INC.,
a Florida corporation,
*Defendant*.

_____/

## CIVIL COMPLAINT IN ADMIRALTY

The Plaintiff, KING OCEAN SERVICES LTD. (hereinafter "KING OCEAN"), by and through its undersigned counsel files herewith this Complaint against FINLAY'S IMPORT-EXPORT, INC. (hereinafter "FINLAY'S") and for cause of action *in personam* states as follows:

## THE PARTIES

1. KING OCEAN SERVICES LTD. is a vessel operating common carrier engaged in containerized and general cargo transportation from various ports in the State of Florida to ports of destination throughout the Caribbean and South America. KING OCEAN is fully authorized to bring this action.

2. Upon information and belief, FINLAY'S IMPORT-EXPORT, INC. is a NVOCC that is currently licensed to transact business in the State of Florida and maintains an office in Broward County, Florida.

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. §1333. KING OCEAN is seeking to

enforce rights under maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

## VENUE

4. Venue in this case is proper. The Defendant is a Florida corporation with a principal address listed with The Florida Department of State, Division of Corporations at Lauderdale Lakes, Florida which is within the territorial limits of the United States District Court for the Southern District of Florida. In addition, a substantial part of the events giving rise to the claim asserted by the plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Miami, Florida.

## FACTUAL ALLEGATIONS

5. From October 2012 through and including April 2013, FINLAY'S, a NVOCC, caused to be delivered certain goods for carriage by KING OCEAN to various ports throughout the Caribbean at the agreed charges to be paid by FINLAY'S to KING OCEAN pursuant to contracts of affreightment.

6. Thereafter, the said goods were transported by KING OCEAN to the port of destination and delivered to the consignee designated by FINLAY'S.

7. KING OCEAN has duly performed all duties and obligations required to be performed by KING OCEAN.

8. Defendant has failed and refused to remit payment of $11,998.82 in ocean freight and related charges assessed in accordance with KING OCEAN'S applicable contracts of affreightment, and the defendant is the responsible party to pay such charges. The ocean freight and related charges are on the Invoices annexed as Exhibit 1.

9. By reason of the foregoing KING OCEAN has sustained damages in the amount of

$11,998.82 arising out of defendant's transportation related activities which, although duly demanded, have not been paid by defendant.

WHEREFORE, Plaintiff prays:

1. For judgment in the amount of $11,998.82 against Defendant FINLAY'S, together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the applicable contracts of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the Defendant citing defendant to appear and answer all the singular matters aforesaid.

3. The plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Key Biscayne, Florida
       June 20, 2013

                                       **HALLEY & HALLEY, P.A.**

                                       /s/ Thomas V. Halley
                                       _____
                                       Thomas V. Halley
                                       Florida Bar No. 694363
                                       Co-Counsel for Plaintiff
                                       200 Crandon Boulevard – Suite 332
                                       Key Biscayne, Florida 33149
                                       Telephone: 305-365-1237
                                       E-mail: thalley@shiplaw.net

                                       **DEE M. DOLVIN, P.A.**

                                       /s/ Dee M. Dolvin
                                       _____
                                       Dee M. Dolvin

Florida Bar No. 707491
Co-Counsel for Plaintiff
P.O. Box 310424
Miami, Florida 33231
Telephone: 305-318-1919
E-mail: Dee@DeeMDolvin.com